

# In the Missouri Court of Appeals
# Eastern District

NOVEMBER 3, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1. ED101430    STATE OF MISSOURI, RES V QUANTRELL COLEMAN, APP

2. ED102069 C.K., RES V B.G.B., APP

3. ED102083 SAUDI BROWN, APP V STATE OF MISSOURI, RES

4. ED102134 JOSEPH A. VERIVE, APP V STATE OF MISSOURI, RES

5. ED102423 JOSEF ROHLIK, RES/CR AP V BRIAN BURKETT, APP/CR RS

6. ED102485 VERNON COLLINS, APP V STATE OF MISSOURI, RES

7. ED102498 LASHONDA T. COLE, APP V STATE OF MISSOURI, RES

8. ED102607 COLLECTOR OF REVENUE, RES V PARCELS OF LAND, DFT

9. ED102634 IN THE INTEREST OF:  P. L.-W.


**CORRECTION(S)**:

1. ED101796 FANNIE MAE APP V UNIV VILLAGE APTS RES/CR APP

2. ED102298    WILLIE RANDLE, APP V STATE OF MISSOURI, RES